

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| M. GARZA ENTERPRISES, INC. and EVERETT HOLDINGS, LLC, | § | No. 08-23-00110-CV |
| | § | Appeal from |
| Appellants, | | |
| | § | 131st Judicial District Court |
| v. | | |
| | § | of Bexar County, Texas |
| JULIA PEREZ, | | |
| | § | (TC# 2022CI00753) |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order each party to pay its costs by reason of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER 2023.

LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)